UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                              Bankr. Case No. 23-12959-CMG

Karl W Hunter                                                                                Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing LTD d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                      Bankr. Case No. 23-12959-CMG

Karl W Hunter                                                                    Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 2, 2023 :

Robert C. Nisenson
Robert C. Nisenson, LLC
10 Auer Court
Suite E
East Brunswick, NJ 08816

Albert Russo
CN 4853
Trenton, NJ 08650

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx90300 / 1071887