53880
MORTON & CRAIG LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:   KARL W. HUNTER

CHAPTER: 13

CASE NO.: 23-12959 (CMG)

NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES, PLANS,
AND DISCLOSURE STATEMENTS

AmeriCredit Financial Services, Inc. dba GM Financial hereby enters its appearance

and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby

enters their appearance as attorneys for AmeriCredit Financial Services, Inc.

dba GM Financial with regard to all matters and proceedings in the above captioned

case, showing counsel's name, office address and telephone number as follows:

William E. Craig, Esquire
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057 (856866-0100

AmeriCredit Financial Services, Inc. dba GM Financial, pursuant to Fed R Bankr P

2002, hereby requests that all notices required to be given under Fed R Bankr P 2002,

including notices under Fed R Bankr P 2002(I), that, but for this Request, would be

provided only to committees appointed pursuant to the Bankruptcy Code or their

authorized agents, be given to GM Financial by due service upon its undersigned

attorneys, Morton & Craig LLC at the address stated above and also to it at the

following address:

AmeriCredit Financial Services, Inc.
dba GM Financial
4000 Embarcadero Dr.
Arlington, TX 76014

AmeriCredit Financial Services, Inc. dba GM Financial, pursuant to Fed R Bankr P 3017(a),

further requests that all plans and disclosure statements filed herein by any party be duly served

upon it and its undersigned attorneys.

/s/ William E. Craig

William E. Craig, Esquire

Morton & Craig LLC

Attorney for AmeriCredit Financial Services, Inc.
dba GM Financial

Date:  5/26/23