| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680<br><br>Karl W. Hunter<br><br>Debtor. | <br><br>Order Filed on October 20, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 23-12959<br><br>Hearing Date: October 18, 2023<br><br>Judge: Christine M. Gravelle |

### ORDER TO PAY INSURANCE PROCEEDS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 20, 2023**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In the Matter of | : | Case:  23-12959 |
| | : | |
| Karl W. Hunter | : | Chapter 13 |
| | : | |
| Debtor. | : | ORDER TO PAY INSURANCE PROCEEDS |
| | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order to Release Insurance Proceeds and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

It is on the 19th day of October 2023;

**ORDERED** that Geico Insurance may pay the insurance proceeds to Santander Consumer USA and Santander Consumer USA shall release their lien on the 2015 BMW 3 Series owner by the Debtor.

**ORDERED** that a copy of this Order shall be served upon all parties.