Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 23−12959−CMG
                              Chapter: 13
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karl W Hunter
   20 Earnshaw Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2558

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 7, 2023.

Dated: December 7, 2023
JAN: mjb

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 23-12959-CMG
Karl W Hunter                                                                                                    Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 3

Date Rcvd: Dec 07, 2023          Form ID: plncf13          Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karl W Hunter, 20 Earnshaw Lane, Willingboro, NJ 08046-2312 |
| 519886498 | ++ | DENTAL HEALTH ASSOCIATES P A, 320 SOUTH MAIN STREET, PHILLIPSBURG NJ 08865-2859 address filed with court:, Dental Health Associates PA, A.P. Patel DMD - Administrator, 1636 Route 38 - Suite 21, Lumberton, NJ 08048 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519890467 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2023 20:44:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519891240 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2023 21:03:51 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519944170 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2023 20:52:32 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519889694 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 07 2023 21:03:45 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519886491 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 07 2023 20:43:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519912433 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2023 20:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519886492 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 07 2023 20:44:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519886494 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Dec 07 2023 20:44:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519886495 | + | Email/Text: bk@avant.com | Dec 07 2023 20:45:00 | Avant LLC, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519948088 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 07 2023 20:44:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519886496 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 07 2023 20:51:56 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 519923365 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 07 2023 21:03:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519886497 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2023 20:52:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519886499 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2023 20:44:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519950808 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 07 2023 20:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519941692 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2023 20:52:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520002436 | | Email/Text: camanagement@mtb.com | Dec 07 2023 20:44:00 | M&T Bank, PO BOX 1288, Buffalo, NY 14240 |
| 520002437 | | Email/Text: camanagement@mtb.com | Dec 07 2023 20:44:00 | M&T Bank, PO BOX 1288, Buffalo, NY 14240, M&T Bank, PO BOX 1288, Buffalo, NY 14240 |
| 519886500 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 07 2023 20:44:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519886502 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 07 2023 20:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519886501 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 07 2023 20:45:00 | Navy Fcu, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 519897081 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Dec 07 2023 20:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519886503 | + | Email/Text: bankruptcy@holidayinnclub.com | Dec 07 2023 20:43:00 | Orange Lake Resorts, Attn: Bankruptcy, 8505 W. Irlo Bronson Memorial Hwy,, Celebration, FL 34747-8217 |
| 519886504 | ^ | MEBN | Dec 07 2023 20:44:06 | PSEG, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519886506 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 07 2023 20:44:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 519898128 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2023 20:45:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519886505 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2023 20:45:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519906528 | *+ | ACAR Leasing Ltd. /d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519886493 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 07, 2023 | Form ID: plncf13 | Total Noticed: 31 |

Date: Dec 09, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Robert C. Nisenson
on behalf of Debtor Karl W Hunter r.nisenson@rcn-law.com
doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Americredit Financial Services Inc. d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 6