| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-12959 / CMG**

Karl W Hunter

Petition Filed Date: 04/10/2023
341 Hearing Date: 05/11/2023
Confirmation Date: 12/06/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/22/2023 | $400.00 | | 06/28/2023 | $400.00 | | 07/31/2023 | $400.00 | |
| 08/14/2023 | $400.00 | | 10/05/2023 | $400.40 | | 11/02/2023 | $400.00 | |
| 11/22/2023 | $400.00 | | | | | | | |

**Total Receipts for the Period:  $2,800.40  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,800.40**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Karl W Hunter | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert C. Nisenson, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | PSE&G | Unsecured Creditors | $4,332.51 | $0.00 | $4,332.51 |
| 2 | ACAR LEASING LTD<br>»» 2016 CADILLAC C16/LEASE | Unsecured Creditors | $16,087.85 | $0.00 | $16,087.85 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2021-2022 | Priority Creditors | $139.20 | $0.00 | $139.20 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2015, 2018 | Unsecured Creditors | $51,436.62 | $0.00 | $51,436.62 |
| 5 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $3,690.15 | $0.00 | $3,690.15 |
| 6 | SANTANDER CONSUMER USA INC<br>»» 2015 BMW 3 SERIES | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | AMERICREDIT FINANCIAL SERVICES<br>»» 2020 CADILLAC XT6/DEF BAL | Unsecured Creditors | $32,504.79 | $0.00 | $32,504.79 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,617.90 | $0.00 | $3,617.90 |
| 9 | NJ DIVISION OF TAXATION<br>»» 2020 | Priority Creditors | $403.54 | $0.00 | $403.54 |
| 10 | NJ DIVISION OF TAXATION<br>»» 2015, 2020 | Unsecured Creditors | $21,690.71 | $0.00 | $21,690.71 |
| 11 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,160.98 | $0.00 | $1,160.98 |
| 12 | ALLY CAPITAL<br>»» 2015 MERCEDES BENZ E CLASS | Debt Secured by Vehicle | $768.20 | $0.00 | $768.20 |
| 13 | M&T Bank<br>»» P/20 EARNSHAW LANE/1ST MTG/ORDER<br>7/5/23/AMERIHOME | Mortgage Arrears | $12,829.81 | $80.74 | $12,749.07 |

**Chapter 13 Case No. 23-12959 / CMG**

| 14 | JEFFERSON CAPITAL SYSTEMS, LLC »» WEBBANK | Unsecured Creditors | $5,624.42 | $0.00 | $5,624.42 |
| 15 | DENTAL HEALTH ASSOCIATES PA | Unsecured Creditors | $755.00 | $0.00 | $755.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,800.40 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $2,580.74 | Current Monthly Payment: | $3,250.00 |
| Paid to Trustee: | $214.83 | Arrearages: | $6,500.00 |
| Funds on Hand: | $4.83 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**

