Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12959−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karl W Hunter
   20 Earnshaw Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−2558

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/6/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 6, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                 Case No. 23-12959-CMG
Karl W Hunter                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                     User: admin                                                     Page 1 of 3
Date Rcvd: Mar 06, 2024                                    Form ID: 148                                             Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karl W Hunter, 20 Earnshaw Lane, Willingboro, NJ 08046-2312 |
| 519886498 | ++ | DENTAL HEALTH ASSOCIATES P A, 320 SOUTH MAIN STREET, PHILLIPSBURG NJ 08865-2859 address filed with court:, Dental Health Associates PA, A.P. Patel DMD - Administrator, 1636 Route 38 - Suite 21, Lumberton, NJ 08048 |
| 519886503 | + | Orange Lake Resorts, Attn: Bankruptcy, 8505 W. Irlo Bronson Memorial Hwy,, Celebration, FL 34747-8217 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 06 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 06 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519890467 | + | EDI: PHINAMERI.COM | Mar 07 2024 02:09:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519891240 | + | EDI: AISACG.COM | Mar 07 2024 02:09:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519944170 | + | EDI: AISACG.COM | Mar 07 2024 02:09:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519889694 | + | EDI: AISACG.COM | Mar 07 2024 02:09:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519886491 | + | EDI: GMACFS.COM | Mar 07 2024 02:09:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519912433 | + | EDI: PHINAMERI.COM | Mar 07 2024 02:09:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 519886492 | + | EDI: PHINAMERI.COM | Mar 07 2024 02:09:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519886494 | + | Email/Text: bankruptcycourtnotices@amerihome.com | Mar 06 2024 21:19:00 | AmeriHome Mortgage, Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 519886495 | + | Email/Text: bk@avant.com | Mar 06 2024 21:20:00 | Avant LLC, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 519948088 | | Email/Text: BKelectronicnotices@cenlar.com | Mar 06 2024 21:19:00 | Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618 |
| 519886496 | + | EDI: CAPITALONE.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Mar 07 2024 02:09:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519923365 | + | EDI: AIS.COM | Mar 07 2024 02:09:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519886497 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 06 2024 21:27:58 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519886499 | | EDI: IRS.COM | Mar 07 2024 02:09:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519950808 | | EDI: JEFFERSONCAP.COM | Mar 07 2024 02:09:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519941692 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2024 21:39:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520002436 | | Email/Text: camanagement@mtb.com | Mar 06 2024 21:19:00 | M&T Bank, PO BOX 1288, Buffalo, NY 14240 |
| 520002437 | | Email/Text: camanagement@mtb.com | Mar 06 2024 21:19:00 | M&T Bank, PO BOX 1288, Buffalo, NY 14240, M&T Bank, PO BOX 1288, Buffalo, NY 14240 |
| 519886500 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 06 2024 21:19:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519886502 | + | EDI: NFCU.COM | Mar 07 2024 02:09:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrified, VA 22119-3000 |
| 519886501 | + | EDI: NFCU.COM | Mar 07 2024 02:09:00 | Navy Fcu, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 519897081 | + | EDI: NFCU.COM | Mar 07 2024 02:09:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519886504 | ^ | MEBN | Mar 06 2024 21:16:42 | PSEG, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 519886506 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 06 2024 21:18:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 519898128 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 06 2024 21:19:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 519886505 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 06 2024 21:19:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519906528 | *+ | ACAR Leasing Ltd. /d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519886493 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 06, 2024 | Form ID: 148 | Total Noticed: 31 |

Date: Mar 08, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert C. Nisenson | on behalf of Debtor Karl W Hunter r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc. d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com |

TOTAL: 7